EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* CÁNDIDO SANTINI, acusado y apelante.

No. 3108.—*Visto:* Febrero 23, 1927. *Resuelto:* Marzo 9, 1927.

1. ARMAS—PORTAR ARMAS PROHIBIDAS—PROCESO Y CASTIGO—DENUNCIA—SUFICIENCIA DE LA MISMA.—La denuncia que alegue que el acusado "portaba y conducía" el arma en cuestión, asumiendo que las palabras portaba y conducía no son sinónimas, imputa sólo un delito cometido en más de una forma.

2. ARMAS—PORTAR ARMAS PROHIBIDAS—ESCOPETA.—La escopeta es un arma prohibida.

SENTENCIA de *Rafael López Antongiorgi,* J. (Guayama), condenando al acusado por delito de Portar Armas Prohibidas. *Confirmada.*

*José J. Aponte,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

El apelante fué convicto de un delito de portar armas

prohibidas, y dice que la corte erró, primero, al declarar sin lugar la moción solicitando el archivo del caso, segundo, al declarar sin lugar la excepción perentoria, y tercero, al apreciar la prueba.

[1] La teoría de la moción solicitando el archivo del caso era que la denuncia imputaba más de un delito, ya que alegaba que el acusado, "portaba y conducía" el arma en cuestión. Sin embargo, el argumento del alegato parece fundarse más bien sobre la idea de que la alegación se hace en forma disyuntiva, no obstante la substitución de la conjunción "y" en la denuncia por la disyuntiva "o" del estatuto. Evidentemente, y aun admitiendo para los fines de la argumentación que las palabras "portaba y conducía", a diferencia de lo resuelto en el caso de *El Pueblo* v. *Díaz,* 35 D.P.R., 634, no son sinónimas, la denuncia imputa sólo un delito, cometido, según se alega, en más de una forma. Véase *El Pueblo* v. *Rosado,* 35 D.P.R. 735.

[2] La excepción perentoria se fundaba en la falta de hechos constitutivos del delito, de acuerdo con la ley de 1924, por el fundamento de que una escopeta no es un arma de la clase especificada en la ley anterior de 1905. Esta cuestión fué resuelta en forma adversa al apelante en el caso de *El Pueblo* v. *Rodríguez,* 35 D.P.R. 276.

Después de una lectura cuidadosa de toda la prueba, no nos es posible convenir con el apelante en que la prueba es insuficiente para sostener la sentencia, o que la sentencia es contraria a la prueba.

*Debe confirmarse la sentencia apelada.*